In the Matter of Supplementary Proceedings: PINCUS HERSCHKOWITZ, Judgment Creditor, Respondent, v. DAVID W. KEEN, Judgment Debtor, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the matter referred to an official referee, to hear and report to Special Term as to the amount the judgment debtor should pay to the judgment creditor each month until the judgment herein is paid. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

DOROTHY T. STONE v. LIGGETT & MYERS TOBACCO COMPANY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEE SKIPWITH, as a Stockholder of PHŒNIX SECURITIES CORPORATION, Suing on His Own Behalf and on Behalf of All Other Stockholders Similarly Situated, v. PHŒNIX SECURITIES CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOHN B. CHINNERY and Others v. KENNOSSET REALTY Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of MINNIE BUCKLEY, Deceased, as a Will of Real and Personal Property. MARGARET IRWIN PAYNE and Others. JOHN T. MAGAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ARMAND SCHMOLL, INC., against THE FEDERAL RESERVE BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 912.] Motion for reargument denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

RACHAEL HARTSTEIN, as Administratrix, etc., of JACOB HARTSTEIN, Deceased, v. UNITED STATES TRUCKING CORPORATION and Others.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 643 and post, p. 1006.]

MICHAEL J. BAKOPOULOS and Another v. BANK OF ATHENS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

VERINDA BROWN, in Her Own Behalf and in Behalf of All Other Members or Former Members of the FATHER DIVINE PEACE MISSION, Similarly Situated, Plaintiff, VERINDA BROWN, Individually, v. FATHER DIVINE, Individually.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LILLIAN HANNES v. KINGDOM OF ROUMANIA MONOPOLIES INSTITUTE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

RACHAEL HARTSTEIN, as Administratrix, etc., of JACOB HARTSTEIN, Deceased, v. UNITED STATES TRUCKING CORPORATION and Others.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 643 and p. 1006.]